UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>       Plaintiff,<br><br>   -against-<br><br>PRINTIFY, INC., JANIS BERDIGANS, AND JOHN DOES 1-10,<br><br>       Defendants. | Case No. 1:23-mc-00373 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  This case was assigned to the undersigned on Part I duty solely for the purposes of a sealing application. The Court granted that application on October 10, 2023. There being no further issues to resolve in this case, the Clerk of Court is respectfully directed to CLOSE this case.

Dated: October 30, 2024
     New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge